**Fill in this information to identify the case:**

Debtor 1: William Leroy Nelson

Debtor 2: Julie Therese Nelson
(Spouse, if filing)

United States Bankruptcy Court for the: District of Minnesota (State)

Case number: 16-60199

Form 4100R
# Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 14-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 6 7

**Property address:** 1005 Dale St. East
Number     Street

St. Joseph     MN     56374
City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05 / 01 / 2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:     ___/___/___
MM / DD / YYYY

Debtor 1  William Leroy Nelson
         First Name   Middle Name   Last Name

Case number *(if known)* 16-60199

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Michelle R. Ghidotti-Gonsalves
   Signature

Date 05 / 13 / 2020

Print   Michelle      R.      Ghidotti-Gonsalves
        First Name   Middle Name   Last Name

Title  Authorized Agent for Secured Creditor

Company  Ghidotti | Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1920 Old Tustin Ave.
         Number    Street

         Santa Ana              CA         92705
         City                   State      ZIP Code

Contact phone ( 949 ) 427 – 2010

Email  bknotifications@ghidottiberger.com

**CERTIFICATE OF SERVICE**

On May 13, 2020, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

| COUNSEL FOR DEBTOR | TRUSTEE | COUNSEL FOR TRUSTEE |
|---|---|---|
| Allen W. Elleraas | Kyle Carlson | John A Hedback |
| awelaw@elleraaslawoffice.com | info@carlsonch13mn.com | jhedback@hac-mnlaw.com |

U.S. TRUSTEE
US Trustee
ustpregion12.mn.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi

On May 13, 2020, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| DEBTOR 1<br><br>William Leroy Nelson<br><br>1005 Dale Street East<br><br>Saint Joseph, MN 56374<br><br>DEBTOR 2<br><br>Julie Therese Nelson<br><br>1005 Dale Street East<br><br>Saint Joseph, MN 56374 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Kasra Sadjadi
Kasra Sadjadi